# McNamee, Lochner, Titus & Williams, P.C.

ATTORNEYS AT LAW

CHRISTOPHER MASSARONI
*Direct Dial*
(518) 447-3331
massaroni@mltw.com

August 20, 2015

Leigh A. Hoffman, Esq.
Deily & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203

Re: In re: Hoffmans Trade Group LLC, Debtor
Adversary Proceeding No.: 15-90033-1
March S. Ehrlich, Plaintiff vs. Bayberry Square, LLC,
Gael Coakley, et al., Defendants
USBC/NDNY Bankruptcy Case No.: 13-11662-1-REL

Dear Ms. Hoffman:

I write on behalf of Defendants Karen Coakley and Bayberry Square, LLC to confirm our telephone discussion yesterday concerning the time within which these Defendants may respond to the adversary complaint herein.

Specifically, this letter is to confirm that, on behalf of the Trustee, you have agreed that Karen Coakley and Bayberry Square, LLC may answer or move in response to the adversary complaint on or before Monday August 31, 2015.

To confirm this agreement, I would appreciate it if you would countersign this letter on the line indicated and return an executed copy to me.

Thank you for your courtesy.

Very truly yours,

McNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.

Christopher Massaroni

AGREED: _____    8/20/15
Leigh A. Hoffman, Esq.              Date

{M0968359.1}

677 Broadway, Albany, New York 12207-2503 • (518) 447-3200 • Fax (518) 426-4260 • www.mltw.com